UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL PUEBLITO LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendant. | Case No.: 2:20-CV-01443-CJC-PLA<br><br>**ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge